JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMIE LOOP, individually and on behalf of all others similarly situated, | ) | Case No. CV 11-10763 DDP (SSx) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| BARRY'S TICKET SERVICE, INC., | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

THE COURT grants the stipulation to dismiss.

THEREFORE, THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

IN ADDITION, the Scheduling Conference set for May 21, 2012 is vacated.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 21, 2012

DEAN D. PREGERSON
United States District Judge